JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Gabriela Salas and Juan Carlos Salas Flores, <br><br> Plaintiffs, <br><br> v. <br><br> Loren K. Miller, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, in his official capacity as well as his successors and assigns; Alejandro Mayorkas, Secretary, U.S. Department of Homeland Security, in his official capacity as well as his successors and assigns; Ur Mendoza Jaddou, Director of U.S. Citizenship and Immigration Services, in her official capacity as well as her successor and assigns; Antony J. Blinken, Secretary of State, U.S. Department of State, in his official capacity as well as his successors and assigns; Phillip Slattery, Direct National Visa Center, U.S. Department of State, in his official capacity as well as his successors and assigns; Richard C. Visek, Acting Legal Advisor, U.S. Department of State, in his official capacity as well as his successors and assigns; <br><br> Defendants. | Case No. 2:22-cv-02183-APG-EJY <br><br> **Stipulation to Extend Deadline for Defendants to File a Responsive Pleading** <br><br> **(First Request)** |

Plaintiffs, Gabriela Salas and Juan Carlos Salas Flores, and the United States of America, on behalf of Federal Defendants, through counsel, hereby stipulate and jointly move the Court to extend the time for Federal Defendants to file an answer or other

1  responsive pleading to Plaintiffs' complaint by 60 days. This request is based on the

2  following:

3          1.      On December 30, 2022, Plaintiffs filed their complaint (ECF No. 1).

4  Plaintiffs request, among other relief, that the Court "[c]ompel Defendants to complete the

5  background checks for and adjudication of Plaintiff-husband's I-601A application and

6  scheduling of Plaintiff-husband's DS-260 immigrant visa interview." (ECF No. 1 at 12–13).

7          2.      The current deadline for Federal Defendants to answer or otherwise plead is

8  April 14, 2023.

9          3.      Since the filing of the complaint, USCIS approved Plaintiff's I-601A

10 application.

11         4.      The granting of the application and upcoming agency actions may resolve

12 some, or all, of the issues raised in Plaintiffs' complaint.

13         5.      Accordingly, the parties request that the Court extend the time for Federal

14 Defendants to answer or otherwise plead by 60 days. Federal Defendants responsive

15 pleading would then be filed on or before **June 13, 2023**.

16         Respectfully submitted this 3rd day of April 2023.

17 QUIROGA LAW OFFICE, PLLC               JASON M. FRIERSON
                                          United States Attorney
18

19 */s/Maria E. Quiroga*                  */s/ Skyler H. Pearson*
   MARIA E. QUIROGA, ESQ.                 SKYLER H. PEARSON
20                                        Assistant United States Attorney

21 *Attorney for Plaintiff*               *Attorneys for Federal Defendants*

22

23

24                                        **IT IS SO ORDERED:**

25

26                                        _____
                                          **UNITED STATES MAGISTRATE JUDGE**
27

28                                        **DATED:  April 3, 2023**_____

2